UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RICHARD HOWARD BERNSTEIN,

        Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

        Defendants.
-----------------------------------------------------------X

SARAH NETBURN, United States Magistrate Judge.

TO THE HONORABLE COLLEEN McMAHON:

13-CV-04610 (CM)(SN)

**REPORT AND
RECOMMENDATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:__ 1/7/2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/17/15

    Plaintiff Richard H. Bernstein brings this action pursuant to Title II of the Americans

with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12131, *et seq.*, and the Rehabilitation Act of

1973, 29 U.S.C. § 794, *et seq.* ("Rehabilitation Act"), against the City of New York (the "City")

and the New York City Department of Transportation ("DOT") (collectively, the "City").

Bernstein alleges that he is blind and visits New York's Central Park (the "Park") from his home

in Michigan, and that the Park is not readily accessible to the disabled because of problems

related to, among other things, the placement of park signs, the width of sidewalks, the slopes of

sidewalks and ramps, divots and holes in the sidewalk, and missing handrails. Bernstein seeks

declaratory and injunctive relief.

    The City filed a motion to dismiss the amended complaint pursuant to Federal Rule of

Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted and for lack

of standing. Because I find that Bernstein lacks standing, I recommend that the City's motion to

dismiss be GRANTED.

*[handwritten annotation:]* 2/19/2015 After reviewing the objections and agreeing with the Magistrate Judge's and the City that they are without merit, the court adopts the Report as its opinion and dismisses the complaint in prejudice and without leave to amend for defendants yet a second time. The Clerk shall enter judgment for defendants and close the file. Colleen McMahon USDS