IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD H. BERNSTEIN, | ) |
| Plaintiff, | ) |
| | ) 13 Civ. 4610 (CM) (SN) |
| v. | ) Hon. Colleen McMahon |
| | ) |
| CITY OF NEW YORK and | ) |
| NEW YORK CITY DEPARTMENT | ) |
| OF TRANSPORTATION, | ) |
| Defendants. | ) |

_____/

| | |
|---|---|
| Edmund O. Battersby (P35660) | Mary O'Sullivan (MO 8495) |
| The Sam Bernstein Law Firm | Assistant Corporation Counsel |
| 31731 Northwestern Highway, Ste. 333 | New York City Law Department |
| Farmington Hills, MI 48334 | Administrative Law Division |
| 248-737-8400/FAX: 248-737-4392 | 100 Church Street, Room 5-174 |
| Secretary 248-737-2030 x 1006 | New York, New York 10007 |
| | (212) 356-2206 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

_____/

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action is voluntarily dismissed, without prejudice against the defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

/s/ Edmund O. Battersby_____     /s/ Mary O'Sullivan_____
EDMUND O. BATTERSBY (P35660)             MARY O'SULLIVAN (MO 8495)
Attorney for Plaintiff                   Attorney for Defendants

Dated: September 8, 2016

THE SAM BERNSTEIN LAW FIRM
31731 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS, MICHIGAN 48334-1669
(800) 225-5726
A PROFESSIONAL LIMITED LIABILITY COMPANY